MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH

███████████████████████████████

FLOOR NEW YORK, NEW YORK
10011 TELEPHONE:
212-433-2554

**January 30, 2025**

Honorable Joseph A. Marutollo
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11202

> *Re:  **Hashimi v. Nes 23 LLC et al**
> **Civil Action No.:1:24-cv-06283-DG-JAM**
> **Joint Notice of Settlement***

Dear Honorable Magistrate Judge Marutollo,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's January 28, 2025 Scheduling Order, the Defendant is to answer the Plaintiff's complaint in the coming week. Paramount however, the Parties together, file this letter as a notice of the current case status, apprising the Court that a Settlement in Principle has just been attained, and thereon the parties are in the process of preparing the requisite Settlement papers and agreements therewith.

Moreover, while all are diligently working to perfect the Settlement documentations, the Parties anticipate that a Final Stipulation of Dismissal could be filed in the coming fortyfive "45" days.

Thank you for the Court's time and consideration.

Most Respectfully,

_____
BARDUCCI LAW FIRM

PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only